# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| **CHRISTOPHER MASALES and PATRICIA MASALES**, individually, and on behalf of all others similarly situated, | Case No. 3:19-cv-02750 |
| Plaintiffs, | Judge Jack Zouhary |
| v. | Magistrate Judge James R. Knepp, II |
| **CENTURYLINK, INC. and MONGODB, INC.**, | **MOTION FOR ADMISSION *PRO HAC VICE* FOR THOMAS A. ZIMMERMAN, JR.** |
| Defendants. | |

NOW COME Plaintiffs CHRISTOPHER MASALES and PATRICIA MASALES (collectively "Plaintiffs"), by and through counsel, and hereby move this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Thomas A. Zimmerman, Jr., so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Thomas A. Zimmerman, Jr., which is incorporated herein by reference.

As established by the attached Affidavit, Thomas A. Zimmerman, Jr. (Illinois Bar No. 6231944) is a member in good standing of the courts to which he is admitted. Further, Thomas A. Zimmerman, Jr. agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiffs respectfully request that this Court enter an Order granting the admission *pro hac vice* of Thomas A. Zimmerman, Jr.

| | |
|---|---|
| Date: December 16, 2019 | By: /s/ Marc E. Dann |
| | Marc E. Dann (0039425) |
| | Brian D. Flick (0081605) |
| | DANN LAW |
| | P.O. Box 6031040 |
| | Cleveland, Ohio 44013 |
| | (216) 373-0539 telephone |
| | (216) 373-0536 facsimile |
| | *notices@dannlaw.com* |
| | |
| | Thomas A. Zimmerman, Jr. |
| | (*Illinois Bar No. 6231944*) |
| | *tom@attorneyzim.com* |
| | Zimmerman Law Offices, P.C. |
| | 77 W Washington Street, Suite 1220 |
| | Chicago, Illinois 60602 |
| | (312) 440-0020 telephone |
| | (312) 440-4180 facsimile |
| | ww.attorneyzim.com |

*Counsel for Plaintiffs and Class*

**CERTIFICATE OF SERVICE**

    I certify that on December 16, 2019, I electronically filed this *Motion for Pro Hac Vice for Thomas A. Zimmerman, Jr.* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Marc E. Dann
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DANN LAW