## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| **CHRISTOPHER MASALES,** individually and on behalf of all others similarly situated, *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) **CENTURYLINK, INC.,** *et al.* ) ) Defendants. ) | **CASE NO.: 3:19-cv-02750** **JUDGE JACK ZOUHARY** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JON P. KARDASSAKIS

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendant CenturyLink, Inc. ("CenturyLink"), through undersigned counsel, hereby moves this Honorable Court for the admission *pro hac vice* of Jon P. Kardassakis as counsel or co-counsel for Defendant CenturyLink. In support of this motion, the undersigned asserts the following:

1. Attached hereto as Exhibit A is the affidavit of Mr. Kardassakis which is offered in support of this motion and attests to the specific information required by Local Rule 83.5(h).

2. As noted in his affidavit, Mr. Kardassakis is a member in good standing of the courts in which he is admitted. No disciplinary proceedings have been filed or are pending against him and he has not been disbarred from practice before any court, department, bureau or commission of any State or the United States nor received any reprimand pertaining to conduct or fitness as a member of any bar.

3. The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Defendant CenturyLink, Inc. respectfully requests that this Court grant attorney Jon P. Kardassakis admission to appear *pro hac vice* in this proceeding, on its behalf.

Dated: January 14, 2020.

                Respectfully Submitted,

                /s/ Thomas P. Mannion
                Thomas P. Mannion (0062551)
                LEWIS BRISBOIS BISGAARD & SMITH LLP
                1375 E. Ninth Street, Suite 2250
                Cleveland, OH 44114
                Tel: 216-344-9422
                Fax: 216-344-9421
                Tom.mannion@lewisbrisbois.com

                -and-

                Jon P. Kardassakis (*pro hac vice* pending)
                LEWIS BRISBOIS BISGAARD & SMITH LLP
                633 West 5th Street, Suite 4000
                Los Angeles, CA 90071
                Tel: 213-680-5040
                Fax: 213-250-7900
                jon.kardassakis@lewisbrisbois.com

                ***Attorneys for Defendant CenturyLink, Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant CenturyLink, Inc. hereby certifies that the foregoing was filed electronically with the Court and notice was sent to all parties through the Court's EM/ECF system this 14th day of January, 2020.

/s/ Thomas P. Mannion
Thomas P. Mannion (0062551)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Tom.mannion@lewisbrisbois.com
***Attorneys for Defendant CenturyLink, Inc.***