IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Masales, etc., et al.,                    Case No. 3:19 CV 2750

                                   Plaintiff,          <u>DISMISSAL ORDER</u>

              -vs-                                      JUDGE JACK ZOUHARY

Century Link, Inc., et al.,

                                   Defendants.

        This Court held a Phone Status on February 14, 2020.  Counsel present: Marc Dann and

Thomas Zimmerman for Plaintiffs; Jon Kardassakis for Defendant Century Link; and Ronald Raether

for Defendant MongoDB.

        Counsel represent the case has resolved.  Therefore, the docket is marked:  "Settled and

dismissed without prejudice.  Each party is to bear its own costs."

        Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms

and conditions, filed within thirty (30) days shall supersede this Order.  This Court also retains

jurisdiction to enforce the terms of the settlement.

        IT IS SO ORDERED.

                                        ___ s/ *Jack Zouhary* ____
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        February 14, 2020