Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| CHRISTOPHER MASALES and PATRICIA MASALES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURYLINK, INC. and MONGODB, INC.,<br><br>Defendants. | Case No. 3:19-cv-02750<br><br>Judge Jack Zouhary<br><br>Magistrate Judge James R. Knepp, II<br><br>**JOINT STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **CHRISTOPHER MASALES and PATRICIA MASALES** ("Plaintiffs") and Defendants, **CENTURYLINK, INC., and MONGODB INC.,** (collectively the "Parties"), by their respective undersigned counsel, jointly stipulate this action be dismissed, with prejudice, with each party to bear its own costs.

**STIPULATED AND AGREED:**

**DATED: April 10, 2020**

*/s/ Marc E. Dann*
Marc Dann
Dann Law
P.O. Box 6031040
Cleveland OH 44103
Tel: 216-373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
(*Illinois Bar No. 6231944*)
Zimmerman Law Offices, P.C.
77 W Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
www.attorneyzim.com

*/s/ Thomas P. Mannion*
Thomas P. Mannion (0062551)
LEWIS BRISBOIS BISGAARD & SMITH
1375 E. Ninth Street, Suite 2250
Cleveland, OH 44114
Ph: 216-344-9422
Tom.mannion@lewisbrisbois.com

*Attorneys for Defendant Centurylink, Inc.*

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
Troutman Sanders
5 Park Plaza, Suite 1400
Irvine, CA 92614

*Attorneys for Plaintiffs*                Tel: 949-622-2722
                                          ron.raether@troutman.com

                                          *Attorney for Defendant MongoDB, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on April 10, 2020, I electronically filed this *Joint Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

    */s/ Marc E. Dann*
    Marc E. Dann (0039425)
    DANN LAW